UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MAURICE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:17-cv-01385-EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and an "order to show cause for an [sic] preliminary injunction & a temporary restraining order."

In his complaint, Plaintiff alleges violations of his civil rights by defendants. The alleged violations appear to have taken place in both Solano County (which is in the Eastern District of California) and San Diego County. Based on the complaint, it appears that Plaintiff intended to file his complaint in the Eastern District of California, which he did. However, because Solano County is part of the Sacramento Division of the Eastern District of California, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

1

court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's application to proceed in forma pauperis or his "order to show cause for an [sic] preliminary injunction & a temporary restraining order."

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's application to proceed in forma pauperis or his "order to show cause for an [sic] preliminary injunction & a temporary restraining order."

IT IS SO ORDERED.

Dated: **October 17, 2017**      /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE